03-15-00025-CV

January 21, 2015


Jeff Cody
Fulbright & Jaworski
2200 Ross Avenue, Ste 2800
Dallas, TX  75201

**Re:  Cause No. GN-12-000983**
     **Lake Travis Transitional LTCH v Lakeway Regional Medical Center, et al.**

Dear Mr. Cody:

On January 21, 2014 I received your Request for Reporter's Record in the above-styled case, a hearing that was held on May 28, 2014.

There was no Reporter's Record made of the hearing that occurred on May 28, 2014.

Sincerely,


/s/ Meanette J Salgado
Meanette J Salgado, CSR, RPR
Official Court Reporter
126th Judicial District Court
P.O. Box 1748
Austin, Texas 78767

CC:  Jeffrey D. Kyle, Third Court of Appeals